# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GEORGE C. ALEXANDER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-0110 |
| ) | Judge Trauger |
| NEVADA STATE BANK and ) | Magistrate Judge Brown |
| INTEGRATED PAYMENTS SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On February 14, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 5), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

It is so **ORDERED.**

Enter this 4th day of April 2011.

ALETA A. TRAUGER
U.S. District Judge