UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| George C. Alexander, Jr. | ) |
| | ) |
| | ) Case No. 3:11-110 |
| | ) Judge Trauger |
| | ) |
| | ) |
| Nevada State Bank, et al | ) |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on April 4, 2011.

    KEITH THROCKMORTON, CLERK
    s/ Angie Brewer, Deputy Clerk